# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADMIRAL INSURANCE COMPANY,

    Plaintiff,

v.

STEVEN MAKSIN, *et al.*,

    Defendants.

Case No. 2:23-cv-01943-MMD-NJK

**Order**

This case was initiated in this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify the citizenship attributed to it. *See* Docket No. 2.

Accordingly, Plaintiff must file an amended certificate of interested parties by December 5, 2023, fully identifying the citizenship of every individual and entity attributed to it.

IT IS SO ORDERED.

Dated: November 28, 2023

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.