# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADMIRAL INSURANCE COMPANY,

    Plaintiff,

v.

STEVEN MAKSIN, *et al.*,

    Defendants.

Case No. 2:23-cv-01943-MMD-NJK

**ORDER**

[Docket No. 7]

On February 19, 2024, Plaintiff filed a motion to extend the time to effectuate service and for alternative means of service. Docket No. 7. On March 6, 2024, Plaintiff filed a notice stating that its request for alternative means of service was moot because Defendants had been served. Docket No. 13 at 1. Plaintiff stated that the request for an extension of time to effectuate service, however, was not moot because Defendant Steven Maksin had been served with process 92 days after Plaintiff filed its complaint. *Id*. at 2.

Accordingly, Plaintiff's motion is **GRANTED** in part and **DENIED** in part. Docket No. 7. For good cause shown, Plaintiff's motion is **GRANTED** to the extent that an extension was required to serve Defendant Steve Maksin pursuant to Fed. R. Civ. P. 4(m). Plaintiff's motion is **DENIED** to the extent it sought to effect service via alternative means.

IT IS SO ORDERED.

Dated: March 12, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge