1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MAKSIN, an individual; NATALIE MAKSIN, an individual,<br><br>Defendants. | Case No.: 2:23-cv-01943-MMD-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

    Plaintiff Admiral Insurance Company and defendants Steven Maksin and Natalie Maksin stipulate that defendants Steven Maksin and Natalie Maksin may have a 30 day extension of time, to and including April 22, 2024 within which to respond to the Complaint.

    This extension is sought to give the Maksins time to retain local counsel and also to permit the parties to explore resolution of this matter.

1 | DATED: March 22, 2024

2 | BULLIVANT HOUSER BAILEY PC

4 | By  /s/ Andrew B. Downs
Andrew B. Downs
5 | Nevada Bar No. 8052
101 Montgomery Street, Suite 2600
6 | San Francisco, CA 94104
Telephone: 415.352.2700
7 | Facsimile: 415.352.2701

8 | Attorneys for Plaintiff Admiral Insurance Company

10 | DATED: 03/25/2024

12 | _____
Steven Maksin

13 | Defendant in *pro per*

15 | DATED: 03/25/2024

17 | _____
Natalie Maksin

18 | Defendant in *pro per*

20 | **ORDER**

21 | Defendants Steven Maksin and Natalie Maksin may have until April 22, 2024 within which to respond to the Complaint.

23 | IT IS SO ORDERED.

24 | DATED: March 25, 2024

26 | _____
United States Magistrate Judge

– 2 –